# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOUSEVEJO JONES,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 24-CV-1092** |
| : | |
| **FEDERAL POLICE,** *et al.*, : | |
| Defendants. : | |

## ORDER

AND NOW, this 25th day of July, 2024, upon consideration of Plaintiff Lousevejo Jones's Motion to Proceed *In Forma Pauperis* (ECF No. 13), and *pro se* Amended Complaint (ECF No. 12) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Amended Complaint is **DEEMED** filed.

3. For the reasons stated in the Court's Memorandum, the Complaint is dismissed as follows:

   a. All federal claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

   b. All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ John Milton Younge
**JOHN MILTON YOUNGE, J.**